1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MONTREAL D. HEMPHILL,                1:05-cv-00266-REC-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                  RECOMMENDATION** (Doc. 5)
13   vs.
                                  **ORDER DISMISSING ACTION**
14   PHEW, M.D.,

15              Defendant.
     _____/

16

17       Plaintiff Montreal D. Hemphill ("plaintiff"), a state

18   prisoner proceeding pro se, has filed this civil rights action

19   seeking relief under 42 U.S.C. § 1983.  The matter was referred

20   to a United States Magistrate Judge pursuant to 28 U.S.C.

21   § 636(b)(1)(B) and Local Rule 72-302.

22       On June 13, 2005, the Magistrate Judge filed a Findings and

23   Recommendation herein which was served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendation were to be filed within twenty (20) days.  To

26   date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendation.

28

                                    1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed June 13, 2005,

8  is ADOPTED IN FULL; and,

9    2.   This action is DISMISSED based on plaintiff's failure

10  to obey the court's order of March 30, 2005.

11    IT IS SO ORDERED.

12  **Dated:  July 14, 2005**         **/s/ Robert E. Coyle**
    668554                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28